United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 10, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No.  03-41095

TAMARA HAVARD, Individually and as mother and next friend
OF Christopher Temple, a minor,

Plaintiff-Appellant,

VERSUS

KEVIN MALONE, DPS Trooper; et al.,

Defendants,

KEVIN MALONE, DPS Trooper; WILLIAM WADE, Constable of
Angeline County Precinct #4; TEXAS ANGELINA COUNTY,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas, Lufkin
9:02-CV-192

Before REAVLEY, DAVIS and DeMOSS, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated by the district court in
its thorough Memorandum Opinions of July 18, 2003, we affirm the
district court's judgment.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.